United States Federal Court
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

1. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

2. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

3. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

4. This court has jurisdiction over this case via U.S. Code: Title 18 U.S. Code § 2383 Rebellion or insurrection

5. This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County, Florida and Jesse Ventura was the Governor of Minnesota in February 2000.

This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**

**Jacek Kazmierczak (Plaintiff) filing Pro se.**

versus

**National Institute of Standards and Technology and Shyam Sunder,
Central Intelligence Agency,
C.I.A. Bin Laden Station Unit circa 1991-2021,
National Security Agency NSA,
Federal Aviation Administration,
AA American Airlines Emergency Response in North Carolina,
President George W. Bush and his Cabinet,
Condoleeza Rice,
The Carlyle Group,
Saudi Binladin Group,
Vice President Dick Cheney,
Halliburton,
Governor Jeb Bush,
New York Port Authority,
New York Fire Department,
President Donald J. Trump.
Congressman Bill Posey,
State of Florida and Governor Rick Scott and Pam Bondi.**

**Jacek Kazmierczak             Date**

*[signature]*     4/7/14

**Jacek Kazmierczak
Vero Beach, FL**

RECEIVED BY MAIL
APR 12 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 12 2021
U.S. DISTRICT COURT MPLS

**United States Federal Court**
**300 South Fourth Street - Suite 202**
**Minneapolis, MN 55415**

1. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

2. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1346. United States as Defendant.

3. This court has jurisdiction over this case via U.S. Code: Title 28 Section 1366. Construction or references of laws of the United States or Acts of Congress.

4. This court has jurisdiction over this case via U.S. Code: Title 18 U.S. Code § 2383 Rebellion or insurrection

5. This court has jurisdiction over this case since Jacek Kazmiercak lives in Indian River County where most but not all of these crimes were committed against him. Other counties include Brevard County, Florida, Suffolk County, New York, Nassau County, New York and Manhattan County, New York. This list of counties is not all inclusive.

**Jacek Kazmierczak (Plaintiff) is suing as a disabled American under the Americans With Disabilities Act.**

**Jacek Kazmierczak (Plaintiff) filing Pro se.**

**versus**

**National Institute of Standards and Technology and Shyam Sunder**
**Central Intelligence Agency**
**C.I.A. Bin Laden Station Unit circa 1991-2020**
**National Security Agency NSA**
**Federal Aviation Administration**
**AA American Airlines Emergency Response**

I. The C.I.A. stole the email I sent to Governor Jesse Ventura on February 7 or February 9, 2000 to stop the 9/11/2001 attacks and used it at the ELS Learning Center (Oakland, CA and possibly Florida) with Hani Hanjour to carry out the 9/11/2001 attacks. A duplicate copy was sent at the same time to the radio personality The Wigmaster at 99Rock WPLR New Haven, Connecticut in case anything happened to me as evidence. The email written in MS Word file format included the date, location and method of the 9/11 attack.

Mr. Kazmierczak emailed the date, location and method of the attack to Governor Jesse Ventura in Minnesota in February 2000 and the ONI (Navy) caught Moussai (in 2001) while the State of Florida was hiding the terrorists in Naples, Florida.

The way the date, location and method were sent to Governor Ventura is classified by Mr. Kazmierczak. Mr. Kazmierczak is a civilian and does not work for any domestic or foreign intelligence agencies.

Mr. Kazmierczak referenced legends like Jesus Christ, Led Zeppelin, Pink Floyd, the Beatles, U2, John Lennon, Joan of Arc, Jimi Hendrix, Queensryche etc in the letter to Jesse Ventura and on the morning of 9/11/2001 New York TV ads were laughing about Led Zeppelin while Hani Hanjour who was in the U.S.A. and certified by the F.A.A. as a commercial pilot:

1. Was placed in the classroom of Robert Plants's keyboard players' (from his solo band) girl friend in Oakland, CA or Melbourne, FL at the ELS Learning Center. He already spoke English and was F.A.A. certified without a job. Not suspicious at all. The ELS Learning Center is an English School for well connected wealthy diplomats to educate their kids in America at expensive rates and with maximum confidentiality.

2. Slammed a plane into the Pentagon accounting section where Army accountants would never get the chance to find the $2 billion or $2 trillion that disappeared from the GAO on 9/10/2001. Contrary to F.A.A. disinformation an exceptional pilot was hired to hit the accounting section of the Pentagon considering the difficulty of hitting that section of the Pentagon at that speed and the disinformation released in video by the Pentagon after the attack with missing frames and incorrect times and dates stamped on the video.

3. Had an F.A.A. Commercial pilots license and probably flew the $600 million to Osama Bin Laden in Afghanistan from the Saudi's. May have been Saudi Intel.

i. CNBC was talking about "Jack on the Box" on the morning of 9/11/2001.
ii. New York TV ads were laughing about Led Zeppelin on the morning of 9/11/2001.
iii. The F.A.A. was lying to the ROME New York Air Force Base on the day of the 9/11/2001 attack. * *Source: National Geographic 9/11 Documentary.

N.I.S.T. used Thermite (spiked with sulfur to form Thermate) to destroy all of the buildings at the World Trade Center as proven by Architects and Engineers for 9/11 Truth. The Thermite was possibly stolen from Lawrence Livermore Lab prior to the attack.

Mr. Kazmierczak also tried calling John McDowell at the World Trade Center several times in February 2000 to warn him about the possibility of a hijacked plane attack at which point a W.T.C. Building 7 hit crew was sent to his apartment in East Quogue, Long Island to try and kill him.

Mr. Kazmierczak is suing for psychological damages, intellectual property theft, conspiracy to kill and permanently injure Mr. Kazmierczak and his father.

Conspiracy to deny access to lawyers and legal recourse in New York, Florida and Washington D.C.

Mr. Kazmierczak was a United States Permanent Resident in February 2000 and became a United States Citizen in 2008.

Under this legal setting Mr. Kazmierczak has the right to charge the Bush Administration and W.T.C. Building 7 persons with the attempted murder of a Polish Citizen in February 2000.

President Bush Senior is the only President to receive daily classified C.I.A. briefings outside of Presidential office.

Mr. Kazmierczak's status as a Polish Citizen in 2000 allows him to charge the Bush Administration, National Institute of Standards and Technology, C.I.A. Bin Laden Station Unit and the United States Department of Justice at the International Criminal Court.

II. N.I.S.T. is part of the Department of Commerce and is not covered by the 2001 Intelligence Authorization Act.
III. The National Security Agency refused to disclose Freedom of Information requests to me that were filed twice.
IV. Steve claiming to be a 17 year Army veteran and claiming his father is retired Secret Service and lives in Vero Beach approached me in December 2018 around the time of my father's TBI by the Vero Beach doctors and told me "The NSA came to your apartment to kill you (February 2000) for trying to warn John McDowell at the W.T.C. that they were going to attack with hijacked aircraft."
V. A man claiming to be C.I.A. questioned me at the Mayo Clinic for 15-20 minutes in May 2015. I reported this to the F.B.I. since he did not show me identification and I saw him following me in Vero Beach.
VI. The Federal Aviation Administration is lying to the ROME NY Air Force base on 9/11/2001 as part of the disinformation to keep ROME NY Air Force from intercepting the hijacked planes. Source: National Geographic 9/11/2001 Documentary based on my analysis of voice patterns from the F.A.A. person on the phone.
VII. AA American Airlines emergency response in North Carolina is lying to the stewardess calling in the hijacking from the hijacked plane. Source: National Geographic 9/11/2001 Documentary based on my analysis of voice patterns from the AA American Airlines emergency response person on the phone. The North Carolina ER person tells her she is on Flight 12. She screams that she is on Flight 11. This is a direct reference to the email sent to Governor Jesse Ventura by me in February 2000 to try and stop the attacks being used to instill fear in the victims of 9/11/2001.

### Relief sought from the Court

VIII. Jacek Kazmierczak is asking for $3.3 Trillion dollars in damages for copyright theft as reported to the U.S. Copyright office. Intellectual property theft of original work created by Jacek Kazmierczak in February 2000 to stop the 9/11/2001 attacks being used to carry out the 9/11/2001 attacks.
IX. Jacek Kazmierczak is asking for the prosecution of the National Institute of Standards and Technology for terrorism and for working with a known foreign terrorist organization Al Qaeda.
X. Jacek Kazmierczak is asking for copies of all records held by the N.S.A. about me including all of the originals.
XI. Jacek Kazmierczak is asking for the prosecution of AA American Airlines Emergency Response for working with a known foreign terrorist organization Al Qaeda.

XII. Jacek Kazmierczak is asking for the prosecution of the Federal Aviation Administration for working with a known foreign terrorist organization Al Qaeda.

### President George W. Bush and his Cabinet, The Carlyle Group, Saudi BinLaden Group

I. The C.I.A. stole the email I sent to Governor Jesse Ventura on February 7 or February 9, 2000 to stop the 9/11/2001 attacks and used it at the ELS Learning Center (Oakland and possibly Florida) with Hani Hanjour to carry out the 9/11/2001 attacks.
II. N.I.S.T. is part of the Department of Commerce and is not covered by the 2001 Intelligence Authorization Act.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of President George W. Bush for sedition against the United States of America.
IV. Jacek Kazmierczak is asking for the prosecution of The Carlyle Group for failure to uphold the oath of American Citizenship granted at birth in the United States of America.
V. Jacek Kazmierczak is asking for the prosecution of the The Carlyle Group for terrorism and for working with a known foreign terrorist organization Al Qaeda.
VI. Jacek Kazmierczak is asking for the prosecution of The Carlyle Group for sedition and violation of Articles I-IV of the Geneva Convention.
VII. Jacek Kazmierczak is asking for $2.6 Trillion dollars in damages.

### Vice President Dick Cheney and Halliburton, Governor Jeb Bush

I. The C.I.A. stole the email I sent to Governor Jesse Ventura on February 7 or February 9, 2000 to stop the 9/11/2001 attacks and used it at the ELS Learning Center (Oakland and possibly Florida) with Hani Hanjour to carry out the 9/11/2001 attacks.
II. N.I.S.T. is part of the Department of Commerce and is not covered by the 2001 Intelligence Authorization Act.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of Vice President Dick Cheney for sedition against the United States of America.
IV. Jacek Kazmierczak is asking for the prosecution of Governor Jeb Bush for sedition against the United States of America.
V. Jacek Kazmierczak is asking for the prosecution of Condoleeza Rice for sedition against the United States of America.
VI. Jacek Kazmierczak is asking for the prosecution of Halliburton for failure to uphold the oath of American Citizenship granted at birth in the United States of America.
VII. Jacek Kazmierczak is asking for the prosecution of Halliburton for terrorism and for working with a known foreign terrorist organization Al Qaeda.
VIII. Jacek Kazmierczak is asking for the prosecution of Halliburton for sedition and violation of Articles I-IV of the Geneva Convention.
IX. Jacek Kazmierczak is asking for $2.6 Trillion dollars in damages.

### New York Port Authority, New York Fire Department

I. The N.Y.F.D. was complicit in the 9/11/2001 attacks along with the New York Port Authority which told victims to stay in the building after the first tower was struck with a hijacked airplane. AE 9/11 Truth has proven Thermite was used to destroy the W.T.C. and has video evidence of the N.Y.F.D. involved in the demolition of W.T.C. Building 7.

### Relief sought from the Court

II. Jacek Kazmierczak is asking for the prosecution of the New York Port Authority for terrorism and for working with a known foreign terrorist organization Al Qaeda.
III. Jacek Kazmierczak is asking for the prosecution of the New York Fire Department for terrorism and for working with a known foreign terrorist organization Al Qaeda.

### President Donald J. Trump

I. Jacek Kazmierczak asked President Trump's White House for help on 4 separate occasions in 2017-2018 only to be ignored and my father ended up with a traumatic brain injury from the same group of doctors that poisoned me and lied to me. President Trump also hacked my iPhone in December 2020.
II. Jacek Kazmierczak made multiple posts to the White House youtube videos asking Donald J. Trump

to prosecute N.I.S.T. The resulting attack on Congress on 1/6/2021 lead by Donald J. Trump shows the same type of coordination and disinformation that lead up to 9/11/2001 when America almost lost Congress if not for the plane brought down in Pennsylvania.

III. Jacek Kazmierczak called the White House and they hung up over 15 times refusing to talk to me.

IV. Jacek Kazmierczak has been stalked by Trump persons in Sarasota in 2016 until present.

### Relief sought from the Court

V. Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America.

VI. Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America by possibly being involved with his friend Larry Silverstein in the destruction of the W.T.C. by Thermite on 9/11/2001.

VI. Jacek Kazmierczak is asking for the prosecution of President Donald J. Trump for sedition against the United States of America by possibly being involved with The Carlyle Group in the destruction of the W.T.C. by Thermite on 9/11/2001.

VII. Jacek Kazmierczak is asking for $1.5 Billion dollars in damages for hacking of his physical property (iPhone) and organized harassment, threats and intimidation.

### Congressman Bill Posey

I. Jacek Kazmierczak and AE 9/11 Truth have been waiting since 5/8/2020 to speak with Grace Reid and Congressman Posey about the AE 9/11 Truth Thermite Report (Thermite being used to destroy the W.T.C. on 9/11/2001). Jacek Kazmierczak has called Congressman Posey's office repeatedly and filled out multiple requests for an appointment via the website without a reply. Congressman Posey is involved in sedition against the United States of America as shown during the attack on January 6th on Congress where 147 Sedition Republicans including Congressman Posey entered the House Chamber after the attack and voted not to certify the election results for President Biden and Vice President Harris.

II. Jacek Kazmierczak called Congressman Posey's office in 2015 for help and Mitchel answered and said "The congressman does not help people like you."

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of Congressman Posey for sedition against the United States of America.

IV. Jacek Kazmierczak is asking for the prosecution of Congressman Posey for obstruction of justice.

V. Jacek Kazmierczak is asking for the prosecution of Congressman Posey for sedition against the United States of America after voting not to ratify a legitimate election won by President Biden and Vice President Harris.

### State of Florida and Governor Rick Scott and Pam Bondi

I. Pam Bondi's office refused to investigate my attempted murder case when I called in 2015 after filing a complaint with Rachael Beam at the Florida Department of Health involving my medical poisoning via dangerous contraindication.

II. Pam Bondi was responsible for fixing the election that had President Bush elected later becoming Florida State Attorney General. I was followed by Governor Scott's men and a woman for 2+ months and threatened to drop my case in Sarasota in 2016 by one of them.

### Relief sought from the Court

III. Jacek Kazmierczak is asking for the prosecution of Senator Scott for sedition against the United States of America.

IV. Jacek Kazmierczak is asking for the prosecution of Senator Scott for having me followed and threatened.

V. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for sedition against the United States of America.

VI. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for dangerous harassment along with The Church of Scientology that includes attempted murder.

VII. Jacek Kazmierczak is asking for the prosecution of Pam Bondi for obstruction of justice.

VIII. Jacek Kazmierczak is asking for the prosecution of Senator Scott for sedition against the United States of America after voting not to ratify a legitimate election won by President Biden and Vice President Harris.