# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jacek Kazmierczak,

    Plaintiff,

v.

National Institute of Standards and Technology and Shyam Sunder et al,

    Defendants.

Case No. 21-cv-980 MJD/ECW

**ORDER**

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 30, 2021. [Doc. No. 3] Plaintiff has filed an objection.

Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

    **IT IS HEREBY ORDERED** that:

    1.    This matter be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1406(a); and

2. The application to proceed *in forma pauperis* of plaintiff Jacek Kazmierczak (Dkt. 2) be DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY

DATED:  June 7, 2021               s/Michael J. Davis
                                   MICHAEL J. DAVIS
                                   United States District Judge